Fill in this information to identify the case:
Debtor name: **Next Communications, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 019 Telzar<br>38 Dan St.<br>Nehalim, Israel | | | | | | $14.81 |
| 100 NWT Fee Owner<br>c/o Genovese Joblove & Battista<br>100 SE 2 Avenue<br>Suite 4400<br>Miami, FL 33131 | | | | | | $1,678,022.31 |
| 770 Consulting Corp.<br>1228 West Avenue #606<br>Miami Beach, FL 33139 | | | | | | $193.89 |
| A.A.SmartCom Tech USA LLC<br>200 Craig Road<br>Englishtown, NJ 07726 | | | | | | $32.74 |
| American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | | 3375.00 | | | | $32,661.36 |
| AT&T<br>150 West Flagler Street<br>Suite 1910<br>Miami, FL 33130 | | | | | | $1,030,263.44 |
| AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 | | | | | | $1,051.09 |
| Florida Department of Revenue<br>8175 NW 12 Street<br>Suite 119<br>Miami, FL 33126 | | | | | | $681.54 |

Debtor  **Next Communications, Inc.**                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gerardo Huerta**<br>**495 Brickell Avenue**<br>**Apt 3810**<br>**Miami, FL 33131** | | | | | | $36.21 |
| **KDDI Global**<br>**Turnpike Plaza**<br>**197 Route 18 South,**<br>**Suite 104**<br>**East Brunswick, NJ 08816** | | | | | | $49.68 |
| **Maxcom**<br>**SAB De CV**<br>**Guillermo Gonzalez Camarena**<br>**No. 2000 Del Alvaro Obregon** | | | | | | $36,534.38 |
| **NeuStar, Inc.**<br>**P.O. Box 403034**<br>**Bank of America**<br>**Atlanta, GA 30384** | | | | | | $100.50 |
| **Neutral Tandem**<br>**9081 Paysphere Circle**<br>**Chicago, IL 60674** | | | | | | $11.85 |
| **Ortal Ben Hamo**<br>**1508 Bay Road #675**<br>**Miami Beach, FL 33139** | | | | | | $25.00 |
| **Sunrust Bank**<br>**777 Brickell Avenue**<br>**2nd Floor**<br>**Miami, FL 33131** | | | | | | $73,189.27 |
| **Telaris Communications**<br>**104 S. White Street #206**<br>**Wake Forest, NC 27587** | | | | | | $37.12 |
| **TeliaSonera International Carrier**<br>**Vitsandsgatan 9C**<br>**123 86**<br>**Farsta, Sweden** | | | | | | $43.34 |
| **Terremark North America LLC** | | | | | | $20,000.00 |
| **Truly Nolen**<br>**P.O. Box 600289**<br>**Jacksonville, FL 32260-0289** | | | | | | $80.25 |

| Debtor | Next Communications, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UPM Marketing** <br> **1865 NW 169 Place** <br> **Suite 203** <br> **Beaverton, OR** <br> **97006** | | | | | | $40.36 |