**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                          Case No. 16-26776-RAM

NEXT COMMUNICATIONS, INC.,                    Chapter 11

      Debtor,
_____/

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

      PLEASE TAKE NOTICE that Greg M. Garno, Esq., Michael L. Schuster, Esq., and the law firm of Genovese Joblove & Battista, P.A., hereby enter their appearance as counsel for 100 NWT Fee Owner, LLC ("Creditor").  All parties are requested to take notice of said appearance and, in accordance with Bankruptcy Rule 2002, serve copies of any and all motions, pleadings, reports and/or documents of any kind or nature filed in these proceedings, whether filed by the Court, the Debtors, or any other party in interest, upon said counsel.

      In addition, it is respectfully requested that, pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

**Greg M. Garno, Esq.**
**ggarno@gjb-law.com**
**GENOVESE JOBLOVE & BATTISTA, P.A.**
**100 SE Second Street, 44th Floor**
**Miami, FL  33131**
**Tel. No. (305) 349-2300**
**Fax No. (305) 349-2310**

**Michael L. Schuster, Esq.**
**mschuster@gjb-law.com**
**GENOVESE JOBLOVE & BATTISTA, P.A.**
**100 SE Second Street, 44th Floor**
**Miami, FL  33131**
**Tel. No. (305) 349-2300**
**Fax No. (305) 349-2310**

Dated: December 29, 2016.

GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for Creditor 100 NWT Fee Owner, LLC*
100 SE 2nd Street, 44th Floor
Miami, FL 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By: /s/ Greg M. Garno
    Greg M. Garno, Esq.
    Florida Bar No. 87505
    ggarno@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been furnished by the Court's CM/ECF System to all of the parties registered to receive electronic notice on the 29th day of December, 2016.

/s/ Greg M. Garno
Greg M. Garno

**Via CM/ECF**

Gary M Murphree on behalf of Debtor Next Communications, Inc.
gmm@amlaw-miami.com, babreu@amlaw-miami.com;mramirez@amlaw-miami.com;amlaw.bestcase@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov