# United States Bankruptcy Court
## Southern District of Florida

In re  **Next Communications, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ali Kivilcim**<br>350 Lincoln Road<br>Unit 4015<br>Miami Beach, FL 33139 | | 12.5% (1,175 shares) | |
| **Arik Maimon**<br>350 Lincoln Road<br>#4015<br>Miami Beach, FL 33139 | | 50% (4,700 shares) | |
| **Huseyin Kizanlikli**<br>350 Lincoln Road<br>#4015<br>Miami Beach, FL 33139 | | 37.5% (3,525 shares) | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 29, 2016**

Signature  **/s/ Arik Maimon**
**Arik Maimon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.