Fill in this information to identify the case:

Debtor name: **Next Communications, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **100 NWT Fee Owner c/o Genovese Joblove & Battista 100 SE 2 Avenue Suite 4400 Miami, FL 33131** | | | Unliquidated Disputed | $1,678,020.00 | $0.00 | $1,678,020.00 |
| **Ackerman Senterfitt Eidson P.A. 255 Orange Avenue Citrus Center Orlando, FL 32802** | | | | | | $132,634.65 |
| **Asiya Communicaciones SA DE CV AV. Santa Fee 170 Int. 6-2-05 Col. Lomas de Santa Fe Del Alvaro Ob.** | | | | | | $563,660.70 |
| **AT&T Avoics c/o Julie Scherzer 722 N. Broadway Floor 7 Milwaukee, WI 53202** | | | | | | $948,929.92 |
| **AT&T Corporation 150 West Flagler Street Suite 1910 Miami, FL 33130** | | | | | | $1,030,263.44 |
| **Avantel Global Data Enterprises Inc. Citco Building Wickhams Cay Road Town, Tortola BVI** | | | | | | $4,516,935.65 |

Debtor  **Next Communications, Inc.**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bezeq International** 40 Hashacham St. Petach - Tikva P.O.B 7097 Israel | | | | | | $174,412.27 |
| **Cisco Systems Capital Corp.** 170 West Tasman drive San Jose, CA 95134 | | **Equipment leasing agreement - lawsuit USDC NDCA 15-02730 judgment entered** | | | | $2,200,000.00 |
| **Level 3** Level 3 Comm LLC Depart. #182 Denver, CO 80291-0182 | | | | | | $743,266.99 |
| **Lime Telecom/Cabe & Wireless** 2001 NW 64 Street Fort Lauderdale, FL 33309 | | | | | | $331,096.84 |
| **MSG Teleco Corp.** 1304 SW 160 Avenue Suite 623 Fort Lauderdale, FL 33326 | | | | | | $2,480,791.51 |
| **PhoneTime Network, Inc.** 3035 Wharton Way Mississauga, ON L4X 2B4 Canada | | | | | | $164,680.45 |
| **QWest Communications** 5101 Interchange Way Wholesale Lockbox# 856184 Louisville, KY | | | | | | $125,119.58 |
| **Sprint** 10 Independence Blvd. Warren, NJ 07059 | | | | | | $3,200,033.98 |
| **Tristar Communications Corp.** 7050 W. Palmetto Park Rd. 15-712 Boca Raton, FL 33433 | | **consent final al judgment 15-010938 Palm Beach** | | | | $135,634.00 |
| **TSTT** Trinidad, Tobago Limited | | | | | | $141,047.24 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor **Next Communications, Inc.** Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Bank Equipment Finance** **1210 Madrid Street** **Marshall, MN 56258** | | **Final judgment entered Miami Dade County 15-12905** | **Subject to Setoff** | | | **$166,000.00** |
| **Varsatel** **2813 Executive Park Drive** **Fort Lauderdale, FL 33331** | | **telecommunication services provided lawsuit pending New Castle County Delaware N15C-07-026-FSS** | **Unliquidated** | | | **$2,646,946.97** |
| **Vivaro Corp. et al.** **c/o Gabriel del Virginia, Esq.** **880 Third Avenue 13th Fl** **New York, NY 10022** | | **adversary proceeding preference/avoidance case no. 14-02141 main case no. 12-13810** | **Unliquidated Disputed** | | | **$151,815.00** |
| **Wiley Rein, LLP** **1776 K. Street NW** **Washington, DC 20006** | | | | | | **$113,612.29** |